Lowell T. Carruth # 034065
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Christopher Renzulli (*Pro hac vice*)
John A. Tartaglia, III (*Pro hac vice*)
Renzulli Law Firm, LLP
81 Main Street, Ste. 508
White Plains, NY 10601
Telephone: (914) 285-0700
Facsimile: (914) 285-1213

Attorneys for Defendant
KEL-TEC CNC INDUSTRIES, INC.

Stuart R. Chandler #088969
Stuart Chandler Law Firm
761 East Locust Avenue, Suite 101
Fresno, CA 93720
Telephone: (559) 431-7770
Facsimile: (559) 431-7778

Attorneys for Plaintiff JONATHAN SORRELL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JONATHON SORRELL,**<br><br>        Plaintiff,<br><br>v.<br><br>**KEL-TEC CNC INDUSTRIES, INC.,**<br><br>        Defendant. | No. 1:09-CV-01465-AWI-GSA<br><br>**STIPULATION AND AMENDED SCHEDULING ORDER CORRECTED AS TO SCHEDULING PREFERENCES** |

Defendant KEL-TEC CNC INDUSTRIES, INC. (hereinafter "Defendant") and Plaintiff JONATHON SORRELL (hereinafter "Plaintiff"), by and through their undersigned counsel, and,

---

1

STIPULATION AND AMENDED SCHEDULING ORDER CORRECTED AS TO SCHEDULING
PREFERENCES

pursuant to the Federal Rules of Civil Procedure and Local Rules 83-143 and 6-144, hereby stipulate and agree to amend the Scheduling Order (Doc. 17) as follows:

## VIII. Discovery Plan and Cut-Off Date

The parties are ordered to complete all discovery pertaining to non-experts on or before **December 10, 2010.** Plaintiff is directed to disclosure all expert witnesses, in writing, on or before **January 10, 2011.** Defendant is directed to disclosure all expert witnesses, in writing, on or before **February 11, 2011.** The written designation of experts shall be made pursuant to Fed. R. Civ. P. Rule 26(a)(2), (A) and (B) and shall include all information required thereunder. Failure to designate experts in compliance with this order may result in the Court excluding the testimony or other evidence offered through such experts that are not disclosed pursuant to this order.

The parties are directed to complete all expert discovery on or before **April 11, 2011.** The provisions of Fed. R. Civ. P. 26(b)(4) and (5) shall apply to all discovery relating to experts and their opinions. Experts must be fully prepared to be examined on all subjects and opinions included in the designation. Failure to comply will result in the imposition of sanctions, which may include striking the expert designation and preclusion of expert testimony.

## IX. Pre-Trial Motion Schedule

All non dispositive Pre-Trial Motions, including any discovery motions, shall be filed no later than **April 25, 2011.** In scheduling such motions, the parties shall comply with Local Rules 78-230 and 56-260. Counsel must comply with Local Rule 37-251 with respect to discovery disputes or the motions will be denied without prejudice and dropped from the calendar.

In scheduling such motions, the Judge may grant applications for an order shortening time pursuant to Local Rule 6-142(d). However, if a party does not obtain an order shortening time, the notice of motion *must* comply with Local Rule 37-251.

Counsel or pro se parties may appear and argue non-dispositive motions by telephone, provided a written request to do so is made to the Magistrate Judge's Courtroom Clerk no later

than five (5) Court days before the noticed hearing date. In the event that more than one party requests to appear by telephone then it shall be the obligation of the moving part(ies) to arrange and originate a conference call to the Court.

All Dispositive Pre-Trial Motions shall be filed no later than **May 24, 2011,** and heard in Courtroom 2 before the Honorable Anthony W. Ishii, Chief United States District Court Judge. In scheduling such motions, the parties shall comply with Local Rules 78-230 and 56-260.

**X.    Pre-Trial Conference Date**

The pre-trial conference will be held on **August 1, 2011,** at 8:30 a.m. in Courtroom 2 before the Honorable Anthony W. Ishii.

The parties are ordered to file a Joint Pre-trial Statement pursuant to Local Rule 16-281(a)(2). The parties are further directed to submit a digital copy of their pre-trial statement in Word Perfect X3[1] format, directly to Judge Ishii's chambers by emailing it to awiorders@caed.uscourts.gov.

The parties' attention is directed to Rules 16-281 and 16-282 of the Local Rules of Practice for the Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference. The Court will insist upon strict compliance with those rules.

**XI.    Trial Date**

The trial will be held on **September 12, 2011, at 8:30 a.m.** in Courtroom 2 before the Honorable Anthony W. Ishii, Chief United States District Court Judge.

---

[1] If Word Perfect X3 is not available to the parties then the latest version of WordPerfect or any other word processing program in general use for IBM compatible personal computers is acceptable.

3
STIPULATION AND AMENDED SCHEDULING ORDER CORRECTED AS TO SCHEDULING PREFERENCES

**IT IS SO STIPULATED BY:**

        McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

        By:  */s/ Lowell T. Carruth*
        LOWELL T. CARRUTH (Bar No. 034065)
        P.O. Box 28912
        5 River Park Place East
        Fresno, California 93720-1501
        Telephone: (559) 433-1300
        Facsimile:  (559) 433-2300

        And

        RENZULLI LAW FIRM, LLP
        CHRISTOPHER RENZULLI (*Pro hac vice*)
        JOHN A. TARTAGLIA, III (*Pro hac vice*)
        81 Main Street, Suite 508
        White Plains, New York 10601
        Telephone: (914) 285-0700
        Facsimile:  (914) 285-1213

        Attorneys for Defendant
        KEL-TEC CNC INDUSTRIES, INC.


        */s/ Stuart R. Chandler* (as authorized on August 9, 2010)
        STUART CHANDLER LAW FIRM
        STUART R. CHANDLER
        761 East Locust Street, Suite 101
        Fresno, California 93720
        Telephone: (559) 431-7770
        Facsimile:  (559) 431-7778

        Attorneys for Plaintiff
        JONATHON SORRELL

4
STIPULATION AND AMENDED SCHEDULING ORDER CORRECTED AS TO SCHEDULING PREFERENCES

## **ORDER**

Upon the Court's review, the stipulation is adopted with the following modifications. The pre-trial conference will be held on **August 3, 2011,** at 8:30 a.m. in Courtroom 2 before the Honorable Anthony W. Ishii; instead of August 1, 2011 as requested.  The trial will be held on **September 13, 2011, at 8:30 a.m.** in Courtroom 2 before the Honorable Anthony W. Ishii; instead of September 12, 2011 as requested.

**IT IS SO ORDERED.**

**Dated: August 10, 2010**           /s/ Gary S. Austin
                                    **UNITED STATES MAGISTRATE JUDGE**

McCormick, Barstow,
Sheppard, Wayte & Carruth
LLP
5 River Park Place East
Fresno, CA 93720-1501

5
STIPULATION AND AMENDED SCHEDULING ORDER CORRECTED AS TO SCHEDULING PREFERENCES