Lowell T. Carruth # 034065
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

Christopher Renzulli (*Pro hac vice*)
Edwin T. Brondo, Jr. (*Pro hac vice*)
John A. Tartaglia, III (*Pro hac vice*)
Renzulli Law Firm, LLP
81 Main Street, Ste. 508
White Plains, NY   10601
Telephone: (914) 285-0700
Facsimile:  (914) 285-1213

Attorneys for Defendant
KEL-TEC CNC INDUSTRIES, INC.

Stuart R. Chandler #088969
Stuart Chandler Law Firm
761 East Locust Avenue, Suite 101
Fresno, CA 93720
Telephone: (559) 431-7770
Facsimile:  (559) 431-7778

Attorneys for Plaintiff JONATHAN SORRELL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JONATHAN SORRELL,** | No.  1:09-CV-01465-AWI-GSA |
| Plaintiff, | **STIPULATION AND AMENDED SCHEDULING ORDER** |
| v. | |
| **KEL-TEC CNC INDUSTRIES, INC.,** | |
| Defendant. | |

Defendant KEL-TEC CNC INDUSTRIES, INC. (hereinafter "Defendant") and Plaintiff JONATHAN SORRELL (hereinafter "Plaintiff"), by and through their undersigned counsel, and, pursuant to the Federal Rules of Civil Procedure and Local Rules 143 and 144, hereby stipulate and agree to amend the Second Amended Scheduling Order (Doc. 30) as follows:

1

STIPULATION AND AMENDED SCHEDULING ORDER

**VIII. Discovery Plan and Cut-Off Date**

Defendant is directed to disclosure all expert witnesses, in writing, on or before **June 24, 2011.**

**All of the other orders contained in the initial scheduling order issued on November 13, 2009, and the Second Amended Scheduling Order issued on December 17, 2010, that are not modified herein remain in full force and effect.**

IT IS SO STIPULATED BY:

    McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

    By: */s/ Edwin T. Brondo, Jr.*
    LOWELL T. CARRUTH (Bar No. 034065)
    P.O. Box 28912
    5 River Park Place East
    Fresno, California 93720-1501
    Telephone: (559) 433-1300
    Facsimile: (559) 433-2300

    And

    RENZULLI LAW FIRM, LLP
    CHRISTOPHER RENZULLI (*Pro hac vice*)
    EDWIN T. BRONDO, JR. (*Pro hac vice*)
    JOHN A. TARTAGLIA, III (*Pro hac vice*)
    81 Main Street, Suite 508
    White Plains, New York 10601
    Telephone: (914) 285-0700
    Facsimile: (914) 285-1213

    Attorneys for Defendant
    KEL-TEC CNC INDUSTRIES, INC.

    */s/ Stuart R. Chandler* (as authorized on May 19, 2011)
    STUART CHANDLER LAW FIRM
    STUART R. CHANDLER
    761 East Locust Street, Suite 101
    Fresno, California 93720
    Telephone: (559) 431-7770
    Facsimile: (559) 431-7778

    Attorneys for Plaintiff
    JONATHAN SORRELL

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE & CARRUTH
LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
STIPULATION AND AMENDED SCHEDULING ORDER

**ORDER**

Pursuant to the parties' stipulation above, Defendant is directed to disclosure all expert witnesses, in writing, on or before **June 24, 2011. All of the other orders contained in the initial scheduling order issued on November 13, 2009, and the Second Amended Scheduling Order issued on December 17, 2010, that are not modified therein remain in full force and effect.**

IT IS SO ORDERED.

Dated:   **May 23, 2011**              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow
Sheppard, Wayte & Carruth
LLP
5 River Park Place East
Fresno, CA 93720-1501

3
STIPULATION AND AMENDED SCHEDULING ORDER