Lowell T. Carruth, # 034065
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

John F. Renzulli (admitted *Pro hac vice*)
Christopher Renzulli (admitted *Pro hac vice*)
John A. Tartaglia III (admitted *Pro hac vice*)
Renzulli Law Firm, LLP
81 Main Street, Ste. 508
White Plains, NY   10601
Telephone: (914) 285-0700
Fax:         (914) 285-1213

Attorneys for Defendant
KEL-TEC CNC INDUSTRIES, INC.

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SORRELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KEL-TEC CNC INDUSTRIES, INC.,<br><br>　　　　Defendant. | Case No.  1:09-CIV-01465-AWI-GSA<br><br>**STIPULATION OF PARTIES AND ORDER OF THE COURT ON MOTION FOR SANCTIONS AND MOTION TO STRIKE EXPERT DESIGNATIONS**<br><br>Date: July 29, 2011<br>Time: 9:30 a.m.<br>Dept: 10<br>Judge: Honorable Gary S. Austin |

　　　　The Parties to this action, by and through their counsel of record, hereby recite, stipulate and agree as follows:

　　　　1.　　The Motions of Defendant KEL-TEC CNC INDUSTRIES, INC. ("Defendant") came on regularly for hearing on July 29, 2011 at 9:30 a.m. in Courtroom 10 before the Honorable Gary S. Austin, United States Magistrate Judge. Mandy L. Jeffcoach of McCormick, Barstow, Sheppard, Wayte & Carruth LLP and Edwin T. Brondo, Jr. of Renzulli Law Firm, LLP appeared for Defendant.  Stuart R. Chandler appeared on behalf of Plaintiff JONATHAN

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION OF PARTIES AND ORDER OF THE COURT ON MOTION FOR SANCTIONS AND MOTION TO STRIKE EXPERT DESIGNATIONS

SORRELL ("Plaintiff").

2. At the hearing the Court ordered further meet and confer discussions between counsel. Outside the Court's presence, counsel reached an agreement which was recited upon the Court's record and which is now memorialized in this Stipulation and Order.

3. The Court may enter as an Order of the Court the provisions set forth in this Stipulation.

4. Plaintiff will eliminate all references to future damages and future care from the expert designations of all treating physicians, including, Dr. Raymond Mulvey, Dr. Michael Walker, Dr. John B. Edwards, Dr. Ron Kleyn and Dr. Michael Alberts.

5. On or before August 22, 2011, Plaintiff shall provide a letter from his non-retained expert, Dr. Hongshik Han, authored by Dr. Han, setting forth his opinions as to future care and future damages. If no letter is provided, then Plaintiff will eliminate the reference to future damages and future care from Plaintiff's expert designation of Dr. Han and will further amend his Complaint striking 2(b) from the Statement of Damages. In the event that a letter from Dr. Han is provided, Defendant will be allowed to take his deposition if it so chooses.

6. Plaintiff shall amend the Complaint and Statement of Damages, which is served herewith this Stipulation and Proposed Order, with the followings amendments:

    a. Strike out paragraphs 11(b), (e) and (f) of the Complaint;

    b. Specify with respect to lost earnings, paragraph 11(a) of the Complaint and paragraph 2(c) of the Statement of Damages, that it is limited to lost earnings occurring within 60 days of the date of incident;

    c. Include in paragraph 11(d) of the Complaint and paragraph 1(a) of the Statement of Damages the following language "past only, excluding mental and/or psychiatric claims.

    d. Plaintiff will further strike from his Statement of Damages paragraph 1(b) and 2(d). If a letter from Dr. Han is not provided, then paragraph 2(b) from the Statement of Damages will be eliminated.

7. In light of the foregoing amendments, Defendant's request for the chiropractic and

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION OF PARTIES AND [PROPOSED] ORDER OF THE COURT ON MOTION FOR SANCTIONS AND MOTION TO STRIKE EXPERT DESIGNATIONS

psychiatric records, which were ordered to be produced by the Court is hereby moot and Defendant does not need said records any longer.

8. Defendant has withdrawn its request for costs, fees and/or other requested sanctions.

9. The Parties agree that no answers will be necessary to the Amended Complaint.

10. The Parties further agree that all dates in the Scheduling Order will remain in place.

IT IS SO STIPULATED.

Dated: July 29, 2011               McCORMICK, BARSTOW, SHEPPARD,
                                   WAYTE & CARRUTH LLP


                                   By: /s/ Mandy L. Jeffcoach
                                        Lowell T. Carruth
                                        Mandy L. Jeffcoach
                                        Attorneys for Defendant
                                        KEL-TEC CNC INDUSTRIES, INC.

Dated: July 29, 2011


                                   By:/s/ Stuart R. Chandler
                                        Stuart R. Chandler
                                        Attorneys for Plaintiff JONATHAN
                                                SORRELL

Dated: July 29, 2011


                                   By: /s/ Edwin T. Brondo, Jr.
                                        Edwin T. Brondo, Jr.
                                        Attorneys for Defendant
                                        KEL-TEC CNC INDUSTRIES, INC.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

STIPULATION OF PARTIES AND [PROPOSED] ORDER OF THE COURT ON MOTION FOR SANCTIONS
AND MOTION TO STRIKE EXPERT DESIGNATIONS

**ORDER**

The Court having reviewed the above Stipulation and finding good cause to support it, hereby enters the Stipulation as an ORDER OF THE COURT. Failure to comply with this Order in any respect shall result in the imposition of sanctions in the discretion of the Court, including, but without limitation, one or more of the sanctions listed in Rule 37(b)(2)(A) and (C) of the Federal Rules of Civil Procedure and may be treated by the Court as a contempt of this Court. The Court further orders that the Amended Complaint shall be filed with this Stipulation and shall become the operative pleading in this case. No Answer by Defendant to the Amended Complaint shall be necessary.

IT IS SO ORDERED.

Dated: __**August 2, 2011**__                    _____**/s/ Gary S. Austin**_____
                                                UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

4

STIPULATION OF PARTIES AND [PROPOSED] ORDER OF THE COURT ON MOTION FOR SANCTIONS AND MOTION TO STRIKE EXPERT DESIGNATIONS