1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

JONATHAN SORRELL,                    )     1:09-CV-1465  AWI GSA
                                     )
            **Plaintiff**,            )
    v.                               )     ORDER VACATING AUGUST
                                     )     22, 2011, HEARING AND
KEL-TEC CNC INDUSTRIES, INC,         )     RESETTING MATTER FOR
                                     )     SEPTEMBER 6, 2011
            **Defendant.**           )
_____     )

        Defendant Kel-Tec CNC Industries filed a motion for summary judgment on July 25,

2011.  Hearing on this motion is currently set for August 22, 2011.  On August 8, 2011, Plaintiff

Jonathan Sorrell filed an opposition.  The opposition is a declaration from Plaintiff's attorney.

Plaintiff's attorney explains that on July 28, 2011, Plaintiff took the telephonic deposition of

Defendant's expert.[1]  Plaintiff's counsel further explains that he will have the transcript of the

defense expert's deposition on August 12, 2011.  Plaintiff's counsel indicates that the transcript

is necessary for him to successfully resist summary judgment.  Plaintiff's counsel requests that

the Court move the hearing date on this motion by 15 to 30 days.  The Court's schedule for

August 22 and August 29 is heavy, and, prior to receiving Plaintiff's request, the Court was

considering moving the hearing on this motion.  Given the Court's schedule and the request by

Plaintiff's counsel, the Court will move the hearing date in this matter.

_____

        [1]Expert discovery closed on July 29, 2011.  See Court's Docket Doc. No. 30.

Accordingly, IT IS HEREBY ORDERED that:

1.    The August 22, 2011, hearing date is VACATED;

2.    Hearing on Defendant's motion for summary judgment is RESET to September 6, 2011;

3.    Plaintiff's Opposition is due on or by August 23, 2011; and

4.    Defendant's Reply is due on or by August 30, 2011.


IT IS SO ORDERED.

Dated:    August 9, 2011                        _____
                                                 CHIEF UNITED STATES DISTRICT JUDGE