1
2
3
4
5
6          **IN THE UNITED STATES DISTRICT COURT FOR THE**
7                    **EASTERN DISTRICT OF CALIFORNIA**
8

9     **JONATHAN SORRELL,**              )    **1:09-CV-1465  AWI GSA**
                                         )
10                  **Plaintiff**,        )
11          **v.**                       )    **ORDER VACATING**
                                         )    **HEARING AND TAKING**
      **KEL-TEC CNC INDUSTRIES, INC,**   )    **MATTER UNDER**
12                                       )    **SUBMISSION**
                  **Defendant.**          )
13    _____)

14
15
          Currently pending before the Court is Defendant's motion for summary judgment.
16
   Hearing on this motion is set for September 6, 2011.  The Court has received and reviewed all of
17
   the moving papers and has determined that this matter is suitable for decision without oral
18
   argument.  Local Rule 230.
19
          Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September
20
   6, 2011, is VACATED, and the parties shall not appear at that time.  As of September 6, 2011,
21
   the Court will take Defendant's motion for summary judgment under submission and will
22
   thereafter issue its decision.
23
   IT IS SO ORDERED.
24

25 Dated:    September 1, 2011
                                          _____
26                                        CHIEF UNITED STATES DISTRICT JUDGE
27
28