IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SORRELL,<br><br>            Plaintiff,<br>    v.<br><br>KEL-TEC CNC INDUSTRIES, INC,<br><br>            Defendant. | 1:09-CV-1465  AWI GSA<br><br>ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION |

   Currently pending before the Court is Defendant's motion for summary judgment. Hearing on this motion is set for September 6, 2011.  The Court has received and reviewed all of the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 230.

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 6, 2011, is VACATED, and the parties shall not appear at that time.  As of September 6, 2011, the Court will take Defendant's motion for summary judgment under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    September 1, 2011                                      _____
                                                                 CHIEF UNITED STATES DISTRICT JUDGE