IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN SORRELL, | ) | 1:09-CV-1465  AWI GSA |
| | ) | |
| Plaintiff, | ) | ORDER VACATING DATES, |
| v. | ) | DENYING SUMMARY |
| | ) | JUDGMENT AS MOOT, AND |
| KEL-TEC CNC INDUSTRIES, INC, | ) | SETTING TIME TO FILE |
| | ) | DISPOSITIVE PAPERS IN |
| Defendant. | ) | LIGHT OF NOTICE OF |
| | ) | SETTLEMENT |

(Doc. Nos. 55, 76)

Trial in the is case is set for December 6, 2011, and the pre-trial conference is set for November 4, 2011.  Currently pending before the Court is Defendant's motion for summary judgment.  On September 2, 2011, Plaintiff filed a notice of settlement.  See Docket Doc. No. 76.  In light of the notice of settlement, it is appropriate to vacate all dates and deadlines.  Further, with the settlement of this case, it is no longer necessary for the Court to rule on the pending motion for summary judgment.  Instead, the Court will deny the motion as moot.  Pursuant to Local Rule 160, the parties will be given 21 days to file dispositional papers, so that the Court may close the case.  The parties are reminded that, pursuant to Local Rule 160, the failure to timely file dispositional papers is sanctionable conduct.

Accordingly, in light of the filed notice of settlement, IT IS HEREBY ORDERED that:

1. All currently scheduled dates and deadlines, including the December 6, 2011 trial date and the November 4, 2011 pre-trial conference, are VACATED;

2. Defendant's motion for summary judgment is DENIED as moot; and

3. The parties shall file dispositional papers through Rule 41 as soon as possible, but no later than September 23, 2011.

IT IS SO ORDERED.

Dated:  September 2, 2011

CHIEF UNITED STATES DISTRICT JUDGE