Lowell T. Carruth # 034065
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Christopher Renzulli (*Pro hac vice*)
Edwin T. Brondo, Jr. (*Pro hac vice*)
John A. Tartaglia, III (*Pro hac vice*)
Renzulli Law Firm, LLP
81 Main Street, Ste. 508
White Plains, NY   10601
Telephone: (914) 285-0700
Facsimile:  (914) 285-1213

Attorneys for Defendant
KEL-TEC CNC INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN SORRELL,** | No.  1:09-CV-01465-AWI-GSA |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL <u>WITH PREJUDICE</u>** |
| v. | |
| **KEL-TEC CNC INDUSTRIES, INC.,** | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties in the above-captioned action, that the instant action be dismissed in its entirety **with prejudice**, and that each party shall bear their own costs and attorneys' fees.

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE & CARRUTH
LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY SO AGREED.**


Dated: November 17, 2011                                    Dated: November 17, 2011


By: *s/ Stuart Chandler, Esq.*                              By: *s/ Edwin T. Brondo, Jr.*
STUART R. CHANDLER (Bar No. 088969)                         CHRISTOPHER RENZULLI (*Pro hac vice*)
761 East Locust Avenue, Suite 101                           EDWIN T. BRONDO, JR. (*Pro hac vice*)
Fresno, California  93720                                   JOHN A. TARTAGLIA, III (*Pro hac vice*)
Telephone: (559) 431-7770                                   RENZULLI LAW FIRM, LLP
Facsimile: (559) 431-7778                                   81 Main Street, Suite 508
                                                            White Plains, New York 10601
Attorney for Plaintiff                                      Telephone: (914) 285-0700
JONATHAN SORRELL                                            Facsimile:  (914) 285-1213

                                                            And

                                                            McCORMICK, BARSTOW, SHEPPARD,
                                                            WAYTE & CARRUTH, LLP
                                                            LOWELL T. CARRUTH (Bar No. 034065)
                                                            P.O. Box 28912
                                                            5 River Park Place East
                                                            Fresno, California 93720-1501
                                                            Telephone: (559) 433-1300
                                                            Facsimile:  (559) 433-2300

                                                            Attorneys for Defendant
                                                            KEL-TEC CNC INDUSTRIES, INC.


IT IS SO ORDERED.

Dated:  November 17, 2011                      _____
                                               CHIEF UNITED STATES DISTRICT JUDGE

2
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE